# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE MOYE, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01337-LDG-GWF |
| vs. | ) **ORDER** |
| GLOBAL CREDIT & COLLECTION AGENCY, | ) |
| Defendant. | ) |

This matter is before the Court on the Notice of Settlement (#6 ) filed January 15, 2015, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report  by **April 9, 2015** advising the Court of the status of the settlement.

DATED this 30th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge